UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY PRINCE FRANKLIN,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>R. FISHER, JR.,<br><br>　　　　　　Respondent. | Case No.: 1:19-cv-00561-JLT (HC)<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

In this habeas corpus action brought pursuant to 28 U.S.C. § 2254, the petitioner challenges a conviction from Sacramento County, which is located in the Sacramento Division of this Court. Therefore, the petition should have been filed in the Sacramento Division.

Local Rule 120(f) provides that a civil action which has not been commenced in the proper division may, on the court's own motion, be transferred. Therefore, the Court **ORDERS**:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

///
///
///
///
///

1

2. All future filings shall reference the new Sacramento case number assigned and shall be filed at:

     United States District Court
     Eastern District of California
     501 "I" Street, Suite 4-200
     Sacramento, CA 95814

IT IS SO ORDERED.

 Dated: **May 7, 2019**       **/s/ Jennifer L. Thurston**
                UNITED STATES MAGISTRATE JUDGE